IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THE MICHAEL TITZE COMPANY,
INC., a Florida corporation,
    Plaintiff,

v.                                  CASE NO.: 3:08cv463/WS/MD

SIMON PROPERTY GROUP, INC.,
et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff's motion for protective order (doc. 113). Before the court rules on this matter the defendant, Lamar Companies, shall have the opportunity to respond.

Accordingly, it is ORDERED:

Any response to the subpoenas is hereby stayed, and the non-parties upon which they were served <u>shall not respond</u> until further order of the court. Counsel for the party who served the subpoena will immediately so notify the subjects of the subpoenas.

Defendant shall respond to this motion on or before Wednesday, October 28, 2009 by electronic filing**.**

DONE AND ORDERED this 23rd day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**